379 A.2d 590

Commonwealth v. Henderson, Appellant.

Submitted April 11, 1977. Clencie L. Cotton, and Cotton and Jones, for appellant; Robert E. Colville, District Attorney, for Commonwealth, appellee.

Order affirmed.

379 A.2d 590

Commonwealth v. Hibbard, Appellant.

Submitted December 6, 1976. Malcolm M. Limongelli, First Assistant Public Defender, for appellant; Thomas J. Glenn, Jr., Assistant District Attorney, and Patrick J. Toole, Jr., District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.